UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYGER MANUFACTURING, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DHARM CHADHA,<br><br>    Defendant. | Case No. 17-cv-00650-RS<br><br>**ORDER TO SHOW CAUSE** |

The Court has been informed that Plaintiff has not authorized service of the Summons, Complaint or other case filings upon Defendant. Accordingly, the Court orders the parties to appear on **June 8, 2017 at 1:30p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse**, and show cause why the case should not be dismissed for lack of prosecution. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: 5/11/2017

_____
Richard Seeborg
United States District Judge